United States Court of Appeals

For the Eighth Circuit

_____

No. 23-3562

_____

Valerie Steiner

*Plaintiff - Appellant*

v.

M & H Appliances Sales and Service

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: April 30, 2024
Filed: May 3, 2024
[Unpublished]

_____

Before LOKEN, SMITH, and KELLY, Circuit Judges.

_____

PER CURIAM.

Valerie Steiner, a former employee of M & H Appliances Sales and Service, appeals the district court's[1] adverse grant of summary judgment in her pro se

---

[1] The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota.

employment action. After careful review of the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper. <u>See</u> <u>Collins v. Kansas City Mo. Pub. Sch. Dist.</u>, 92 F.4th 770, 770 (8th Cir. 2024) (reviewing grant of summary judgment de novo). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____